DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

ALLEN v. FOREMAN

No. 126 PC.

Case below: 18 N.C. App. 383

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

BLACKLEY v. BLACKLEY

No. 129 PC.

Case below: 18 N.C. App. 535.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 31 August 1973.

FAGGART v. BIGGERS

No. 130 PC.

Case below: 18 N.C. App. 366.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

FLOYD v. JARRELL

No. 59 PC.

Case below: 18 N.C. App. 418.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

FORSYTH COUNTY v. BARNEYCASTLE

No. 144 PC.

Case below: 18 N.C. App. 513.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.